UNITED STATES DISTRICT COURT
EASTERN DISTRICT - SOUTHERN DIVISION

EXTRUSION PAINTING, INC., d/b/a
International Extrusions, a Michigan corporation,

    Plaintiff,

v

ACADEMY DOORS & WINDOWS, LTD.,
a Canadian corporation,

    Defendant.

Case No. 06-12796
Honorable Paul D. Borman
Referral Magistrate R. Steven Whalen

---

RAYMOND L. MORROW (P18001)
KEMP KLEIN LAW FIRM
Attorneys for Plaintiff
201 W. Big Beaver Road, Suite 600
Troy MI 48084
248-528-1111

---

**DEFAULT JUDGMENT**

Plaintiff's motion for default judgment against Defendant having been filed and supported by affidavit of amounts owing to Plaintiff; the court being satisfied that (1) a default entry was properly entered against Defendant on November 1, 2006, based on Defendant's failure to appear, plead or otherwise defend, having been personally served with the Summons and Complaint according to the Hague Convention for service abroad on September 11, 2006; (2) jurisdiction is proper based on diversity of citizenship; (3) the amount in controversy exceeds $75,000; and (4) Defendant is neither an infant nor an

incompetent and is not in the military service of the United States; a hearing having been held and the Court fully advised;

IT IS HEREBY ORDERED that judgment by default is entered in favor of Plaintiff Extrusion Painting, Inc. d/b/a International Extrusions, and against Defendant Academy Doors & Windows, Ltd., a Canadian corporation, in the amount of $118,102.54 (U.S.). Interest shall accrue on this judgment at the rate of 1-1/2% per month or 18% per year until the judgment is fully satisfied.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: December 11, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 11, 2006.

s/Denise Goodine
Case Manager

2